IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT D. ARNOLD,** | : | CIVIL NO. 1:14-CV-1987 |
| | : | |
| Petitioner | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **SHANE SPAULDING,** | : | |
| | : | |
| Respondent | : | |

## ORDER

AND NOW, this 16th day of December, 2014, upon consideration of the petition for writ of habeas corpus, and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED without prejudice.

2. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania